UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2021 SEP -3 AM 10:32
S.D. OF N.Y.

JAMES McAULEY

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

CITY OF NEW YORK, NEW
YORK CITY POLICE DEPARTMENT,
et al.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☑ No

_____
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: __MALICIOUS PROSECUTION__

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__JAMES__                              __McAULEY__
First Name      Middle Initial         Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__241-21-01138, (NYSID #02623979R)__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__AMKC/RIKERS ISLAND__
Current Place of Detention

__18-18 HAZEN STREET__
Institutional Address

__E. ELMHURST (QUEENS)__   __NEW YORK__   __11370__
County, City                State         Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: _CITY OF NEW YORK_
First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 2: _NEW YORK CITY POLICE DEPARTMENT_
First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 3: _et al.,_
First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 4:
First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __NYCPD MIDTOWN SOUTH (GRAND CENTRAL ST.)__

Date(s) of occurrence: __MAY 24, 2019  2:00 PM__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I WAS SHOPPING IN GRAND CENTRAL STATION RITE-AID AND AS I WAS LEAVING THE MANAGER SAID THAT I STOLE SOMETHING AND HELD ME FOR THE POLICE (MTA) AND THEN THE MTA POLICE SAID I WAS UNDER ARREST FOR (2) TWO 1st DEGREE ROBBERIES AT THAT LOCATION. I WAS THEN TRANSPORTED TO MIDTOWN SOUTH PRECIENT AND FROM THERE TO CRIMINAL COURT WHERE I WAS ARRAIGNED AND RELEASED ON MY OWN RECOGNIZANCE. I WAS THE VIOLATED BY BRONX PAROLE BUREAU IV (FOUR) BECAUSE OF THE ROBBERY COMPLAINTS. I SAT INCARCERATED UNTIL 12/3/19 WHEN I WAS INFORMED BY MY THEN ATTORNEY THAT THE GRAND JURY FAILED TO INDICT AND THE CHARGES WAS DISMISSED FORTHWITH. EVENTUALLY PAROLE REVOKED AND RESTORED ME TO SUPERVISION ON 12/19/19. I FILED A NOTICE OF CLAIM WITH THE NYC COMPTROLLERS OFFICE

AND NEVER RECEIVED A CLAIM NUMBER I GUESS DUE TO ADDRESS CHANGE OR CORONA VIRUS SHUT DOWN. I'M NOW SEEKING RELIEF UNDER THE CPLR §214 3YR LIMITATION FOR MALICIOUS PROSECUTION PURSUANT TO CPLR §214(5) PERSONAL INJURY

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

MENTAL ANGUISH, DURESS, LOSS OF EMPLOYMENT, STRESS, PAIN (EMOTIONAL) AND SUFFERING.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I'M SEEKING MONEY DAMAGES IN THE AMOUNT OF 1,000,000.00 ONE-MILLION DOLLARS.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: August 4, 2021

Plaintiff's Signature: James McAuley

First Name: JAMES     Middle Initial: _____     Last Name: MCAULEY

Prison Address: AMKC / RIKERS ISLAND / C-95 / 2 MAIN

County, City: 18-18 E. ELMHURST     State: NY     Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: August 29, 2021

Page 6

August 29, 2021

TO WHOM IT MAY CONCERN:

I AM A LAYMAN WHEN IT COMES TO LAW SO PLEASE FORGIVE ME AND CORRECT ANY PROCEDURAL ERRORS AND MISTAKES IN THIS PROCEEDING AS I AM WITHOUT AN ATTORNEY AT THIS TIME AND WILL BE PROCEEDING PRO-SE UNTIL COUNSEL ADOPTS THIS 1983 MOTION.

THANK YOU

SINCERELY

Sean McAuly

PRO-SE

James McAuley #241-21-01139
AMKC/C-95/Rikers Island/Zmman
18-18 Hazen Street
E. Elmhurst, NY 11370

Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, New York
10007

Pro Se JR

USMJ
SDNY

* LEGAL MAIL *